UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE SALDANA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 20-cv-01956-JST<br><br>**ORDER TO SHOW CAUSE; ORDER DENYING MOTION FOR CONTINUANCE AS MOOT** |

Plaintiffs filed this wrongful foreclosure action on March 19, 2020, naming as defendants Wells Fargo Bank, N.A.; Rushmore Loan Management Services, LLC; Attorney Lender Services, Inc.; NBS Default Services, LLC; and Loving Life Real Estate, LLC.  ECF No. 1.  There is no evidence on the docket that Plaintiffs have ever served the summons and complaint on defendants NBS Default Services, LLC or Loving Life Real Estate, LLC.

With exceptions not applicable here, Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

179 days have now elapsed since Plaintiffs filed their complaint.

Accordingly, Plaintiffs are now ORDERED TO SHOW CAUSE why defendants NBS Default Services, LLC and Loving Life Real Estate, LLC should not be dismissed with prejudice. A written response to this order to show cause is due by September 28, 2020.  The Court will conduct a hearing on the order to show cause on October 21, 2020 at 2:00 p.m.  If Plaintiffs fail to file a timely written response, or fail to appear at the order to show cause hearing, the Court may,

1  in its discretion, dismiss these defendants.

2  **IT IS SO ORDERED.**

3  Dated:  September 14, 2020



JON S. TIGAR
United States District Judge